IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BERNICE L. BROWN**                                                                       **PLAINTIFF**

v.                                           NO. 2:11-CV-157-KGB

**EAST ARKANSAS COMMUNITY**
**COLLEGE**                                                                                **DEFENDANT**

## ORDER

Plaintiff Bernice Brown brings this action pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination alleging that East Arkansas Community College ("EACC") terminated her because of race and sex. (Dkt. No. 2). The defendant moves for summary judgment (Dkt. No. 20). Ms. Brown has not filed a response.

Pursuant to Local Rule 5.5 (c)(2), it is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Because Ms. Brown is proceeding *pro se,* the Court hereby notifies Ms. Brown that the Court is extending her deadline to file an opposition to the Motion for Summary Judgment to October 1, 2012. After that date, the Court will rule on the Motion for Summary Judgment. Trial is set to begin October 15, 2012.

The Clerk is DIRECTED to send a copy of this Order to Ms. Brown at her address of record.

IT IS SO ORDERED this __7__ day of September, 2012.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE