IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BERNICE L. BROWN**                                                                                      **PLAINTIFF**

v.                                        Case No. 2:11-CV-157-KGB

**EAST ARKANSAS COMMUNITY**
**COLLEGE**                                                                                                **DEFENDANT**

## ORDER

On September 7, 2012, the Court entered an Order (Dkt. No. 25) directing plaintiff Bernice L. Brown to respond to defendant's motion for summary judgment (Dkt. No. 20). Because Ms. Brown is proceeding *pro se,* the Court extended her deadline to file an opposition to defendant's motion for summary judgment to October 1, 2012. Ms. Brown has failed to respond to the Court's Order.

Pursuant to Local Rule 5.5 (c)(2), it is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Because she failed to respond to the Court's Order, Ms. Brown's pending claims against defendant are dismissed without prejudice.

Defendant's motion for summary judgment (Dkt. No. 20) and motion *in limine* (Dkt. No. 27) are denied as moot, based on the dismissal without prejudice of Ms. Brown's pending claims.

IT IS SO ORDERED this __5__ day of October, 2012.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE