IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BERNICE L. BROWN     PLAINTIFF

v.     Case No. 2:11-CV-157-KGB

EAST ARKANSAS COMMUNITY
COLLEGE     DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

IT IS SO ORDERED this 5 day of October, 2012.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE